JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 513 -- IN RE WICKES COMPANIES, INC SECURITIES LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 82/06/21 | 1 | NOTICE OF FILING MOTION, MOT. TO TRANSFER, BRIEF, CERT. OF SVC., EXHIBITS WITH SCHEDULE OF CASES -- Defts. Primuth, McNeely, Wilson, Drum, Johnson, Cline, Fruechtenicht, Davies, Craighead, E.L. Johnson, Moore, Matschullat and Wunderlich.<br>SUGGESTED TRANSFEREE DISTRICT: S. D. California<br>SUGGESTED TRANSFEREE JUDGE: (eaf) |
| 82/06/21 | 2 | JOINDER IN MOTION, CERT. OF SVC. -- Deft. Shumway. (eaf) |
| 82/07/01 | | APPEARANCES: WILLIAM S. LERACH, ESQ. for William Freedman, et al.; LEONARD BARRACK, ESQ. for Mildred Martha Mario; JACK CORINBLIT, ESQ. for Edward P. Sumers; PAUL F. BENNETT, ESQ. for Gary Zatkin; ROBERT W. HALLOCK, ESQ. for Thomas W. Cline, John V. Drum, R. W. Freuchtenicht, Clark A. Johnson, E. L. McNeely, David J. Primuth, James R. Wilson; GORDON G. BUSDICKER, ESQ. FOR W. W. Moore, E. L. Johnson, W. E. Matschullat, Carle R. Wunderlich, Robert E. Craighead, Walter H. Davies, Jr.; THOMAS M. MUSTIN, ESQ. for Forrest N. Shumway; JOHN A. DONOVAN, ESQ. for Coopers & Lybrand; JEANNE E. IRVING, ESQ. for Ray A. Watt; KENNETH R. HEITZ, ESQ. for Wickes Co., Inc.; The Wickes Corp., Gamble-Skogmo, Inc. (cds) |
| 82/07/02 | 3 | RESPONSE -- Pltf. Gary Zatkin -- w/cert. of service (cds) |
| 82/07/02 | 4 | JOINDER IN MOTION -- Ray A. Watt -- w/cert. of service (cds) |
| 82/07/02 | 5 | BRIEF IN SUPPORT OF MOTION -- Wickes Companies, Inc., The Wickes Corp. and Gamble-Skogmo, Inc. -- w/Exhibits 1 and 2 and cert. of service (cds) |
| 82/07/06 | 6 | RESPONSE -- Gretchen M. Groebner and Lilliam A. Hendrickson -- w/Memorandum, Exhibit 1 and cert. of serv. (cds) |
| 82/07/06 | 7 | RESPONSE -- Coopers & Lybrand -- w/cert. of serv. (cds) |
| 82/07/06 | | APPEARANCE: Robert A. Minish, Esq. for Gretchen M. Groebner, etc., et al. (cds) |
| 82/07/06 | 8 | MEMORANDUM, CERT. OF SVC. -- Pltfs. Mario & Freedman. (eaf) |
| 82/07/07 | 9 | REQUEST FOR EXTENSION OF TIME -- Pltf. Sumers -- GRANTED to and including July 13, 1982. Notified all counsel. (eaf |
| 82/07/08 | | APPEARANCE: JOSEPH E. COUGHLIN, ESQ. for Duff & Phelps, Inc. (cds) |
| 82/07/13 | 10 | RESPONSE -- Pltfs. Smers, Katz and Hubner -- w/cert. of service (cds) |
| 82/07/15 | 11 | LETTER/ERRATA for pldg. No. 10 -- pltfs. Sumers, Katz and Hubner. (eaf) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ --  _____

| | | Pleading Description |
|---|---|---|
| 82/07/20 | 12 | REPLY/MEMORANDUM -- Defts. Primuth, McNeely, Wilson, Drum, Johnson, Cline, Fruechtenicht, Davies, Craighead, Johnson, Moore, Matschullat & Wunderlich -- w/Exhibits and cert. of svc. (emh) |
| 82/07/26 | 13 | LETTER REQUEST FOR EXPEDITED CONSIDERATION -- Defendants Primuth, McNeely, Wilson, Drum, Johnson, Cline, and Fruechtenicht (cds) |
| 82/07/28 | 14 | RESPONSE -- pltfs. Mildred Martha Mario, et al. w/cert. of svc. (ds) |
| 82/07/30 | 15 | LETTER (joining request for expedited consideration) -- Defendants W. W. Moore, E. L. Johnson, W.E. Matschullat, Carle R. Wunderlich, Robert E. Craighead, W. H. Davies, Jr. (cds) |
| 82/08/11 | 16 | SUPPLEMENTAL REPLY/MEMORANDUM -- Defts. Primuth, McNeely, Wilson, Drum, Johnson, Cline & Fruechtenicht, Davies, Craighead, Johnson, Moore, Matschullat, & Wunderlich -- w/Exhibits and cert. of svc. (emh) |
| 82/08/12 | 17 | LETTER/RESPONSE -- Deft. R.A. Watt -- w/svc. (emh) |
| 82/08/20 | | HEARING ORDER -- Setting motion to transfer A-1 thru A-5 for Panel hearing in Oklahoma City, Oklahoma on Sept. 23, 1982 (ds) |
| 82/08/30 | | CORRECTION TO HEARING ORDER AND ATTACHED SCHEDULE FILED ON AUGUST 20, 1982 -- Corrected to include (A-1) Freedman, et al. -- NOTIFIED INVOLVED COUNSEL AND JUDGE (cds) |
| 82/09/21 | | HEARING APPEARANCES: ROBERT HALLOCK, ESQ. for Thomas W. Cline, et al.; GORDON G. BUSDICKER, ESQ. for W. H. Davies, et al.; AGATHA M. MELAMED, ESQ. for Wickes Companies, Inc., et al.; JEANNE E. IRVING, ESQ. for R. A. Watt; WILLIAM S. LERACH, ESQ. for Mildred Mario and William & Vicki Freedman; LEONARD BARRACK, ESQ. for Mildred Mario; JACK CORINBLIT, ESQ. for Edward P. Sumers, Ehud Hubner and Moshe Katz; ROBERT S. SCHACHTER, ESQ. for Moise Katz; HUGH PLUNKETT, III, ESQ. for Gretchen Groebner and Lillian Hendrickson; GERALD T. FORD, ESQ. for Coopers & LybrandXXXTHOMAS (cds) |
| 82/09/21 | | WAIVERS OF ORAL ARGUMENT: Forrest N. Shumway; Duff and Phelps, Inc. (cds) |
| 82/10/19 | | CONSENT OF TRANSFEREE DISTRICT (S.D. Calif.) -- for assignment of litigation to Jdge William B. Enright (cds) |
| 82/10/19 | | TRANSFER ORDER -- Assigning A-1 through A-5 the Honorable William B. Enright in the Southern District of California -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 513 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WICKES COMPANIES, INC. SECURITIES LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 23, 1982 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 19, 1982 | TO | unpublished | S.D. Calif. | William B. Enright | |

Special Transferee Information

DATE CLOSED: 1/25/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 513 -- IN RE WICKES COMPANIES, INC. SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | William Freedman, et al. v. David J. Primuth, et al. | S.D.Cal. ~~Gilliam~~ *Enright* | 82-0699-G (I) | | | | |
| ✓ A-2 | Gretchen M. Groebner, et al. v. Wickes Companies, Inc., et al. | D.Minn. Lord | 4-82-561 | 10/19/82 | 82-1432E(I) | *all closed Jan 13, 1985* | |
| A-3 | Mildred Martha Mario v. David J. Primuth, et al. | S.D.Cal. Enright | 82-456-E(I) | | | | |
| A-4 | Edward P. Sumers v. Wickes Companies Inc., et al. | S.D.Cal. ~~C.D.Cal.~~ ~~Marshall~~ *Enright* | 82-0990-E(I) ~~82-2729-CMB(Bx)~~ | | | | *rem to S.D.Cal.* |
| A-5 | Gary Zatkin v. David J. Primuth, et al. | S.D.Cal. ~~Thompson~~ *Enright* | 82-0602-GT(H) | | | | |
| XYZ-6 | Ehud Hubner v. Emil McNeely, et al. | S.D.Cal Enright | 82-0985E(1) | | | | |
| XYZ-7 | Moshe Katz, etc. v. Emil L. McNeely, et al. | S.D.Cal Enright | 82-0984E(1) | | | | |
| XYZ-8 | Adele Greene, etc. v. David Primuth, et al. | S.D.Cal Enright | 82-0920E(1) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 513 -- In re Wickes Companies, Inc. Securities Litigation

---

ADEKE GREENE (XYZ-8)
WILLIAM FREEDMAN, ET AL. (A-1)
William S. Lerach, Esquire
Milberg, Weiss, Bershad & Specthrie
2000 Central Federal Tower
225 Broadway
San Diego, California  92101-5050


GRETCHEN M. GROBNER, ET AL. (A-2)
Robert A. Minish, Esq.
Popham, Haik, Schnobrich, Kaufman
 & Doty, Ltd
4344 IDS Center
Minneapolis, Minnesota  55402


MILDRED MARTHA MARIO (A-3)
Leonard Barrack, Esquire
Barrack, Rodos & McMahon
2000 Market Street
Philadelphia, Pennsylvania 19103

EHUD HUBNER (XYZ-6)/MOSHE KATZ (XYZ-7)
EDWARD P. SUMERS (A-4)
Jack Corinblit, Esquire
Marc M. Seltzer, Esquire
Corinblit, Shapero & Seltzer
3700 Wilshire Boulevard, Suite 820
Los Angeles, California  90010

GARY ZATKIN (A-5)
Paul F. Bennett, Esquire
David B. Gold, Esquire
120 Montgomery Street
Suite 650
San Francisco, California  94104


THOMAS W. CLINE/JOHN V. DRUM
R. W. FREUCHTENICHT/CLARK A. JOHNSON
E. L. MCNEELY/ DAVID J. PRIMUTH
JAMES R. WILSON
Robert W. Hallock, Esquire
Kirkland & Ellis
200  East Randolph Drive
Chicago, Illinois  60601


W. W. MOORE/ E. L. JOHNSON
W. E. MATSCHULLAT/CARLE R. WUNDERLICH
ROBERT E. CRAIGHEAD/WALTER H. DAVIES, JR.
Gordon G. Busdicker, Esquire
Faegre & Benson
1300 Northwestern Bank Building
Minneapolis, Minnesota  55402


FORREST N. SHUMWAY
Thomas M. Mustin, Esquire
Latham & Watkins
555 South Flower Street
Los Angeles, California  90071


COOPERS & LYBRAND
John A. Donovan, Esquire
Hughes, Hubbard & Reed
555 South Flower Street
Suite 3700
Los Angeles, California  90071


RAY A. WATT
Jeanne E. Irving, Esquire
Cox, Castle & Nicholson
2049 Century Park East, 28th Floor
Los Angeles, California 90067

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p.  2

DOCKET NO.  513  --
```

| | |
|---|---|
| WICKES COMPANIES, INC.<br>THE WICKES CORPORATION<br><u>GAMBLE-SKOGMO, INC.</u><br>Kenneth R. Heitz, Esquire<br>Irell & Manella<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, California  90067<br><br><u>DUFF & PHELPS, INC.</u><br>Joseph E. Coughlin<br>Lord, Bissell & Brook<br>115 South LaSalle Street<br>Chicago, Illinois  60603<br><br>T. C. HARVEY<br>Unable to determine Counsel or<br>   Address | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 513 -- IN RE WICKES COMPANIES, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| David J. Primuth | A-1, A-2, A-3, A-4, A-5 |
| E. L. McNelley (Emil) | A-1, A-2, A-3, A-4, A-5 |
| James R. Wilson | A-1, A-3, A-5 |
| John V. Drum | A-1, A-2, A-3, A-4, A-5 |
| Clark A. Johnson | A-1, A-2, A-3, A-4, A-5 |
| T. W. Cline | A-1, A-2, A-3, A-4, A-5 |
| R. W. Fruechtenicht | A-1, A-3, A-5 |
| W. H. Davies (Walter) | A-1, A-2, A-3, A-5 |
| T. C. Harvey | A-1, A-3, A-5 |
| E. L. Johnson | A-1, A-3, A-5 |
| W. E. Matschullat (Wayne) | A-1, A-2, A-3, A-5 |

| | |
|---|---|
| F. N. Shumway | A-1, A-3, A-5 |
| W. W. Moore | A-1, A-3, A-5 |
| R. A. Watt | A-1, A-3, A-5 |
| Wickes Companies, Inc. | A-2, A-3, A-4 |
| Duff & Phelps, Inc. | A-5 |
| Coopers & Lybrand | A-5 |
| The Wickes Corporation | A-2 |
| Gamble-Skogmo, Inc. | A-2 |
| Carle R. Wunderlich | A-2 |
| Robert E. Craighead | A-2 |
| | |